[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 05-14646

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 18, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00229-CV-RP

CYNTHIA L. ROBINSON,

Plaintiff-Appellant,

versus

EQUIFAX INFORMATION SERVICES, LLC,
SPEEDWAY SUPER AMERICAN, LLC,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(October 18, 2006)**

Before ANDERSON and DUBINA, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

_____
*Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida,
sitting by designation.

The judgment of the district court is affirmed because plaintiff has failed to prove causation for the reasons fully discussed at oral argument.

**AFFIRMED.**